# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

United States of America,       )

                      )    **PRETRIAL STATUS CONFERENCE**

        Plaintiff,      )

                      )

    vs.              )

                      )    Case No. 1:25-cr-196

Jason John Locken,        )

                      )

        Defendant.    )

---

The undersigned shall hold a pretrial status conference with counsel by telephone on April 23, 2026, at 1:45 PM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 9th day of April, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court